[No. 46259-8-I. Division One. August 13, 2001.]

WILLIAM TOLSON, *Appellant*, v. ALLSTATE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-30543-8, Richard D. Eadie, J., entered March 20, 2000. *Reversed* by unpublished opinion per Becker, A.C.J., concurred in by Webster and Ellington, JJ.

[No. 46318-7-I. Division One. August 13, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDRICK D. ATKINSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-07946-5, Harriett M. Cody, J., entered March 27, 2000. *Affirmed in part* and *reversed in part* by unpublished opinion per Coleman, J., concurred in by Agid, C.J., and Becker, J.

[No. 46345-4-I. Division One. August 13, 2001.]

DALE DANIELS, *Respondent*, v. THE CITY OF SEATTLE, ET AL., *Appellants*.

Appeal from judgments of the Superior Court for King County, No. 98-2-22371-5, J. Kathleen Learned and Robert H. Alsdorf, JJ., entered December 23, 1998 and February 29, 2000. *Reversed* by unpublished opinion per Webster, J., concurred in by Agid, C.J., and Coleman, J.

[No. 46353-5-I. Division One. August 13, 2001.]

SABRINA JEFFERSON, *Appellant*, v. THE BOEING COMPANY, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 98-2-16760-2, Linda Lau, J., entered January 21, February 25, and March 8 and 17, 2000. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Agid, C.J., and Cox, J.